# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00746-CV

### C. W., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-002393, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on December 1, 2014. By request to this Court dated December 2, 2014, Chavela V. Crain requested an extension of time in which to file the record.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Chavela V. Crain is hereby ordered to file the reporter's record in this case on or before December 11, 2014. If the record is not filed by that date, Crain may be required to show cause why she should not be held in contempt of court.

It is ordered on December 4, 2014.


Before Chief Justice Jones, Justices Rose and Goodwin